FILED'08 JUN 05 10:24USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LINDA A. WILLIAMS,       CV 06-1822-MA

    Plaintiff,       JUDGMENT

    v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

    Defendant.

Based on the record and the Opinion and Order filed herewith, the decision of the ALJ is reversed and remanded for further proceedings consistent with the Opinion and Order.

IT IS SO ORDERED.

DATED this ___4___ day of June, 2008.

    /s/ Malcolm F. Marsh
    Malcolm F. Marsh
    United States District Judge

1 - JUDGMENT