IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LINDA A. WILLIAMS, | |
|     Plaintiff, | CV-06-1822-MA |
|   v. | ORDER REGARDING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

Based upon a review of the file and noting the stipulation of the parties,

IT IS HEREBY ORDERED that the plaintiff, Linda A. Williams, on behalf of her attorney, Karen Stolzberg, is hereby entitled to an award of fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 et seq., in the amount of $7499. The check for the EAJA fees shall be made payable to Karen Stolzberg and mailed to her office at: 11830 SW Kerr Parkway, #315, Lake Oswego, OR 97035.

Dated this 23 day of July, 2008.

                                        /s/ Malcolm F. Marsh
                                        Malcolm F. Marsh
                                        United States District Judge

1 - ORDER AWARDING EAJA FEES